## Commonwealth *v.* Ishmael, Appellant.

Submitted June 9, 1969. *Alfred P. Filippone,* for appellant; *James D. Crawford,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Johnson, Appellant.

Argued June 12, 1969. *E. J. O'Halloran,* for appellant; *James D. Crawford,* Assistant District Attorney, with him *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.